IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VESTER LEE PATTERSON,

    Plaintiff,                        No. CIV S-11-2970 EFB P

    vs.

CARLA ZUNIGA, et al.,

    Defendants.                 <u>ORDER</u>

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.

        A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

        Here, most defendants are located in and the claim arose in Los Angeles, California which is in the Western Division of the Central District of California. 28 U.S.C. § 84(c)(2).

////

1

1  Therefore, in the interest of justice, this action is transferred to the United States District Court
2  for the Central District of California.  *See* 28 U.S.C. § 1404(a); *Starnes v. McGuire*, 512 F.2d
3  918, 932 (D.C. Cir. 1974).
4      So ordered.
5  DATED:  November 18, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE